United States District Court
Southern District of Texas
**ENTERED**
March 23, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AWARDS DEPOT, LLC, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-15-3201 |
| | § | |
| SCOTTSDALE INSURANCE | § | |
| COMPANY, | § | |
| Defendant. | § | |

### FINAL JUDGMENT

For the reasons stated in the Memorandum and Order [Doc. # 23] entered February 16, 2016, the Memorandum and Order [Doc. # 28] entered March 21, 2016, and the Memorandum and Order issued this day, it is hereby

**ORDERED** that final summary judgment is entered in favor of Defendant Scottsdale Insurance Company and this lawsuit is **DISMISSED**. Taxable costs are assessed against Plaintiff.

This is a final, appealable judgment.

SIGNED at Houston, Texas, this **23rd** day of **March, 2016**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE