IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

*4:15cv3201*

United States District Court
Southern District of Texas
FILED

No. 16-20246

OCT 2 1 2016

David J. Bradley, Clerk

AWARDS DEPOT, L.L.C.,

    Plaintiff - Appellant

v.

SCOTTSDALE INSURANCE COMPANY,

    Defendant - Appellee

---

Appeal from the United States District Court for the
Southern District of Texas, Houston

---

CLERK'S OFFICE:

    Under FED R. APP. P. 42(b), the appeal is dismissed as of October 21, 2016, pursuant to appellant's motion.

                                LYLE W. CAYCE
                                Clerk of the United States Court
                                of Appeals for the Fifth Circuit

                                By: _____
                                James deMontluzin, Deputy Clerk

                ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 21, 2016

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

      No. 16-20246    Awards Depot, L.L.C. v. Scottsdale Insurance Company
                            USDC No. 4:15-CV-3201

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              James deMontluzin, Deputy Clerk
                              504-310-7679

cc w/encl:
    Mr. Willie Ben Daw III
    Mr. Kyle Douglas Giacco
    Mr. T. Wade Welch